1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEIDI HAZELQUIST,

                Plaintiff,

      v.

CITY OF RITZVILLE, et al.,

                Defendants.

CASE NO. C14-5192 BHS

ORDER

       This is a pro se civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff is

alleging facts that her civil rights were violated by an officer in the city of Ritzville, WA

and in Adams County Superior Court for the State of Washington, which are physically

located in the Eastern District of Washington. Accordingly, venue is proper in that

district. *See* 28 U.S.C. § 1391(b). When a case is filed in the wrong district, the district

court "shall dismiss, or if it be in the interest of justice, transfer such case to any district

or division in which it could have been brought." 28 U.S.C. § 1406(a).

1    This Court concludes that it is in the interest of justice to transfer the instant

2  action. According, this case is **TRANSFERRED** to the United States District Court for

3  the Eastern District of Washington.

4    Dated this 13th day of March, 2014.

5

6

7    BENJAMIN H. SETTLE
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22